IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY SANTEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1192 |
| CORNELL SCHOOL DISTRICT, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

On this 9th day of November, 2007, this Court having reviewed Defendants' Motion to Strike or, in the Alternative Motion to Dismiss [DE 6] and Plaintiff's Response in Opposition [DE 14], in which Plaintiff requests leave of Court to file an Amended Complaint, this Court HEREBY ORDERS that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff is ORDERED to file an Amended Complaint with this Court on or before November 26, 2007. The Amended Complaint shall be consistent with the United States Supreme Court's decision in <u>Bell Atlantic Corp. v. Twombly</u>, 127 S.Ct. 1955 (U.S. 2007).

                         s/ Nora Barry Fischer
                         Nora Barry Fischer
                         United States District Judge

cc/ecf: counsel of record